UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD CAGE,

     Plaintiff,                         Case No. 16-11679
                                       Hon. Matthew F. Leitman

v.

STATE OF MICHIGAN *et al.*,

     Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION
## FOR PRODUCTION OF DOCUMENTS WITHOUT PREJUDICE (ECF #4)

On May 4, 2016, Plaintiff Harold Cage ("Cage") filed a prisoner civil-rights action pursuant to 42 U.S.C. § 1983. (*See* ECF #1.)  Among other things, Cage alleges that Defendants have (1) deprived him of adequate, effective, and meaningful access to the courts, (2) demonstrated deliberate indifference to his serious medical needs, (3) subjected him to cruel and unusual punishment in violation of the Eighth Amendment, (4) retaliated against him, (5) violated his rights under the Americans with Disabilities Act, (6) conspired against him, and (7) violated his rights under the Due Process and Equal Protection Clauses. (*See id.*)

Cage has also filed a "Motion for Production of Documents" (the "Discovery Motion"). (*See* ECF #4.)  In the Discovery Motion, Cage asks the

1

Defendants to produce certain documents and video footage he says are necessary for him to prosecute his Complaint.  At this time, the Complaint has not yet been served on any Defendant nor has any Defendant appeared in this action. Accordingly, the Discovery Motion is premature.  The Court will therefore **DENY** the Discovery Motion without prejudice.

     **IT IS SO ORDERED.**

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  June 20, 2016

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 20, 2016, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (313) 234-5113