UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD CAGE,

    Plaintiff,                                  Case No. 16-cv-11679
                                              Hon. Matthew F. Leitman

v.

STATE OF MICHIGAN, et al.,

    Defendants.

_____/

## **ORDER TO APPEAR FOR STATUS CONFERENCE**

**IT IS HEREBY ORDERED** that the parties shall appear at the United States District Court, 140 Federal Building and U.S. Courthouse, 600 Church Street, Courtroom 127, Flint, Michigan, on **Wednesday, October 24, 2018 at 10:00 a.m.** for a status conference.

**IT IS FURTHER ORDERED** that Plaintiff Harold Cage shall personally appear at the status conference on October 24, 2018 at 10:00 a.m.

**IT IS SO ORDERED.**

                                                      s/Matthew F. Leitman
                                                      MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: September 20, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 20, 2018, by electronic means and on Plaintiff Harold Cage by ordinary mail at 2126 Weiss St., Apt. 4, Saginaw, Michigan 48602 and 2129 Weiss St., Apt. 4, Saginaw, MI 48602.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764